KEASBEY & MATTISON CO. v. H. W. JOHNS-MANVILLE CO.

(Circuit Court, S. D. New York.    March 6, 1905.)

PATENTS—INFRINGEMENT—MACHINE FOR MOLDING TUBES.

The Keasbey patent, No. 397,860, for a machine for molding tubes, discloses invention, and the patentee was the inventor.    Also *held* infringed.

In Equity.

Suit for injunction and an accounting for alleged infringement of U. S. letters patent No. 397,860, dated February 12, 1889, granted to Henry G. Keasbey for improvement in a machine for molding tubes, etc.

Edward K. Jones (Edmund Wetmore, of counsel), for complainant.
A. Parker Smith, for defendant.

RAY, District Judge.    The same questions involved here, substantially, have recently been passed upon by the Circuit Court of Appeals, Third Circuit, in Keasbey & Mattison Co. v. American Magnesia & Covering Co., 143 Fed. 490.    It is only necessary for this court to refer to the opinion of that court in that case.    The views there expressed are adopted.

There will be a decree accordingly and for an accounting.    The patent is valid.    Keasbey was the inventor, and defendant infringes.